```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

EVELINA HARRIS AND                         CIVIL ACTION
WINTHROP CARRIE

VERSUS                                     NO. 18-3317

CELADON TRUCKING                           SECTION: "B"(4)
SERVICES, INC., ET. AL.
```

## ORDER

Considering defendants Celadon Trucking Services, Inc., ACE American Insurance Company, and Marvin Register's "Unopposed Motion to Continue Trial and Pre-Trial Deadlines" (Rec. Doc. 42), and upon finding good cause, but only for extending pretrial deadlines,

**IT IS ORDERED** that the motion to continue trial is **DENIED. IT IS FURTHER ORDERED** that <u>no later than August 12, 2019</u>, **parties' counsel shall confer <u>and</u> propose new dates for final pretrial conference and deadlines for all remaining pretrial work, motions, etc. Given alleged noncompliances in the discovery process by various persons and entities and the absence of formal motions to compel and for sanctions for noted noncompliances, parties are reminded of their obligations to timely seek formal court relief. Informal efforts to seek compliance have apparently been unavailing.**

New Orleans, Louisiana this 29th day of July, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE

1