## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVALINA HARRIS and WINTHROP CARRIE | * * * | CIVIL ACTION |
| | | NO: 2:18-cv-03317-ILRL-KWR |
| Plaintiffs | * * | |
| VERSUS | * * | JUDGE IVAN L.R. LEMELLE |
| CELADON TRUCKING SERVICES INC., TRANSPORTATION INSURANCE CO. and MARVIN REGISTER | * * * * * | MAGISTRATE JUDGE KAREN WELLS ROBY |
| Defendants | * | |

*****************************************************************************

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come JASON M. BAER, CASEY C. DEREUS, AND JOSHUA A STEIN of BAER LAW LLC, who respectfully request that they be allowed to withdraw as counsel of record for Plaintiff, WINTHROP CARRIE, based upon the following:

1.

Jason M. Baer, Casey C. DeReus, and Joshua A. Stein of Baer Law LLC have notified Winthrop Carrie in writing on August 8, 2019, via Certified Mail (see attached Exhibit A, *in globo*) that they no longer represent Plaintiff's interests in this litigation.

2.

The last known mailing address of Winthrop Carrie is 11100 Ivy Lane, New Orleans, LA 70128 and his known last known phone number is 504-274-5267.

3.

The undersigned further certified that they have complied with Local Rule 83.2.11 by providing notice in writing, via certified mail, of their withdrawal to Winthop Carrie and have notified him of any pending court appearances and/or deadlines.

4.

The undersigned further state that they have complied with this court's instruction that opposing counsel has been sent a notice by certified mail of their withdrawal.

5.

Accordingly, based upon the foregoing, good cause exists to allow Jason M. Baer, Casey C. DeReus, Joshua A. Stein, and Baer Law LLC to withdraw as counsel of record for Winthrop Carrie.

Respectfully submitted,

**BAER LAW, LLC**
BY: */s/Jason M. Baer*
  */s/Casey C. DeReus*
  */s/Joshua A. Stein*
**JASON M. BAER (#31609)**
**CASEY C. DEREUS (#37096)**
**JOSHUA A. STEIN (#37885)**
3000 Kingman St., Ste 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com

## CERTIFICATES OF SERVICE

I certify that a copy of the above and foregoing has been served upon counsel for all parties via CM/ECF Filer System, on this 7th day of August, 2019.

*/s/Jason M. Baer*

3

I certify that Plaintiff, Winthop Carrie, was notified via certified mail, mailed August 6th, 2019, of all deadlines and pending court appearances, as Local Rule 83.2.11 requires.

*/s/Jason M. Baer*

I certify that Opposing Counsel, M. Davis Ready and David Mark Schroeter, were notified via certified mail, mailed August 7th, 2019, of above-signed counsel's withdrawal.

*/s/Jason M. Baer*